■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GABRIEL GENOVESE, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE MURTHA, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BRENNAN, Appellant.— Order, entered on October 26, 1960, denying defendant's application for a writ of error coram nobis, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bergan, JJ.

■ In the Matter of the Estate of ABE GOLDBLATT, Deceased. Benjamin Goldblatt, as Administrator of the Estate of ABE GOLDBLATT, Deceased, Appellant; ROSE MEYER et al., Respondents.— Decree unanimously affirmed, with costs to respondents. No opinion. Concur — Botein, P. J., Breitel, McNally, Steuer and Bergan, JJ.

■ ERIC ROTHSCHILD, Appellant, v. ARTHUR ROTHSCHILD et al., Respondents.— Order entered on June 17, 1960, granting respondents' motion to dismiss the complaint pursuant to rule 107 of the Rules of Civil Practice, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, McNally, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAMIAN ZACHARCZENKO, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY LORIA.— Motion for an enlargement of time granted only insofar as to extend the defendant's time to serve and file the record on appeal and his appellant's points to and including September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ LASZLO GERO v. NEW YORK CITY TRANSIT AUTHORITY.— Motion to abridge record on appeal granted only insofar as to dispense with printing in the record on appeal to this court of those portions of the record before the Appellate Term consisting of the testimony concerning injury and damage upon condition that one printed copy of the record on. appeal before the Appellate Term is filed with this court at the time of filing the abridged record on appeal. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL DUNCAN.— Motion for an enlargement of time granted only insofar as to extend the defendant's time to serve and file the appellant's points to and including April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ FRANK POSKOCIL v. JOSEPH ROTTER.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ TANENBAUM TEXTILE Co., INC. v. UNION INDUSTRIAL TEXTIL, S.A.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before April 27, 1961, with notice of argument for May 9, 1961, said appeal to be argued or submitted when reached, and on the further condition that if the attachment is not bonded by April 24, 1961, an order may be submitted for signature by the respondent, ex parte, further extending the Sheriff's time within which to bring the action to reduce the levy to possession for a further period of 90 days. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.